No. 04–8432. MONIRUZZAMAN *v.* GONZALES, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 04–8435. DONALDSON *v.* CENTRAL MICHIGAN UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8436. DONALDSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8443. POTTS *v.* OREGON. C. A. 9th Cir. Certiorari denied.

No. 04–8444. MCGLEACHIE *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8450. STEVENSON *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8466. ROGERS *v.* HELLENBRAND ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–8467. ROWELL *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 04–8481. BRYANT *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–8483. BROWN *v.* DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8500. DURHAM *v.* BRUCE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–8512. TOMEI *v.* DEPARTMENT OF EDUCATION. C. A. Fed. Cir. Certiorari denied.

No. 04–8524. SANTANA *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 04–8532. BROWN *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.